2.

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
AUG 1 0 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

Brownsville ~~HOUSTON~~ DIVISION

United States District Court
Southern District of Texas
FILED
AUG 1 9 1998
Michael N. Milby
Clerk of Court

ENCARNACION HERNANDEZ, JR.       §
                                 §
        Plaintiff,               §
                                 §
vs.                              §       C. A. No. B-95-190
                                 §
RICHARD PEREZ, ANOTHER UNKNOWN   §
AGENT OF USA                     §
        Defendant.               §

ORDER OF DISMISSAL FOR WANT OF PROSECUTION

Because the summons has not been served within 120 days of the filing of this complaint, this action is DISMISSED without prejudice for want of prosecution. Fed. R. Civ. P. 4(j).

The Clerk will enter this Order and notify all parties.
SIGNED at Brownsville ~~Houston~~, Texas, on August 19 1998.

HILDA G. TAGLE
United States District Judge